IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ORLANDO LYONS<br><br>   Plaintiff<br><br>v.<br><br>G&S FOODS, LLC d/b/a FOOD DEPOT<br><br>   Defendant | Civil Action No.: 1:19-cv-01027-JKB |

**<u>DEFENDANT'S DISCLOSURE OF CORPORATE INTEREST</u>**

I certify, in accordance with Local Rule 103.3 (D. Md.), as counsel in this case, that G&S Foods, LLC d/b/a Food Depot, owns the store at issue.

The following corporate affiliations exist with G&S Foods, LLC being a subsidiary of B. Green & Company.

The following persons are the members of the LLC with the following states of citizenship: Benjamin Green, Maryland; Benjamin Sigman, Maryland; Bernice Sigman, Maryland.

The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation: Liberty Mutual Insurance Company.

| | |
|---|---|
| May 6, 2019<br>*Date* | /S/ Mark A. Kozlowski<br>*Signature*<br>Mark A. Kozlowski          07365<br>*Printed Name          Bar Number*<br>100 S. Charles Street, Suite 1101-Tower II<br>*Address*<br>Baltimore, MD 21201<br>*City/State/Zip*<br>(410) 752-0575<br>*Phone No.                    Fax No.* |

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 6, 2019, a copy of the Defendant's Disclosure of Corporate Interest has been e-filed to:

David F. Luby, Esquire
Law Offices of David F. Luby, LLC
5105 Clifford Road
Perry Hall, MD 21128
Counsel for Plaintiff

Paul M. Finamore, Esquire
Niles Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Counsel for Defendant G&S Foods, LLC d/b/a Food Depot

/S/ Mark A. Kozlowski
Mark A. Kozlowski